IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHNNY A. DOLPH,<br><br>    Defendant. | **8:22CR72**<br><br><br>**ORDER** |

**THIS MATTER** is before the court on the motion of Brian S. Munnelly to withdraw as counsel for the defendant, Johnny A. Dolph (Filing No. 38).  Cody J. Miltenberger has filed an entry of appearance as retained counsel for Johnny A. Dolph.  Therefore, Brian S. Munnelly's motion to withdraw (Filing No. 38) will be granted.

Brian S. Munnelly shall forthwith provide Cody J. Miltenberger any discovery materials provided to the defendant by the government and any such other materials obtained by Brian S. Munnelly which are material to Johnny A. Dolph's defense.

The clerk shall provide a copy of this order to Cody J. Miltenberger.

**IT IS SO ORDERED.**

Dated this 21st day of April, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge