IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHNNY DOLPH, and JENNIFER NORWOOD, <br><br> Defendants. | 8:22CR72 & 8:22CR79 <br><br> **ORDER** |

This matter is before the Court on its own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a) and (b)(2).

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

Dated this 20th day of September, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge