IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22CR72 |
| vs. | ORDER |
| JOHNNY A. DOLPH, | |
| Defendant. | |

On October 27, 2022 the court held a hearing on the motion of Attorney Cody J. Miltenberger to withdraw as counsel for the defendant, Johnny A. Dolph (Filing No. 67). Cody J. Miltenberger represents that there is an irreparable breakdown in the attorney-client relationship. After inquiry of the Defendant and his counsel, the court granted Attorney Cody J. Miltenberger's motion to withdraw (Filing No. 67).

Stuart J. Dornan, 1403 Farnam Street, Suite 232, Omaha, NE 68102, (402) 884-7044, is appointed to represent Johnny A. Dolph for the balance of these proceedings pursuant to the Criminal Justice Act. Cody J. Miltenberger shall forthwith provide Stuart J. Dornan any discovery materials provided to the defendant by the government and any such other materials obtained by Cody J. Miltenberger which are material to Johnny A. Dolph's defense.

The clerk shall provide a copy of this order to Stuart J. Dornan and the defendant.

**IT IS SO ORDERED.**

Dated this 27th day of October, 2022.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge