IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY A. DOLPH,<br><br>Defendant. | **8:22CR72**<br><br><br>**JUDGMENT** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY A. DOLPH,<br><br>Defendant. | **8:22CR79**<br><br><br>**JUDGMENT** |

In accordance with the Memorandum and Order entered today (Filing No. 142 in Case No. 8:22CR72 and Filing No. 239 in Case No. 8:22CR79), judgment is entered in favor of the United States of America and against Johnny A. Dolph.

Dated this 22nd day of May 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge